IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR211** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RUBEN OLIVARES,** | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the oral motion of Ruben Olivares (Olivares) for an additional ten days in which to file pretrial motions, such motion made during the arraignment on the Superseding Indictment on July 21, 2006. The motion is granted. The additional **time** arising as a result of the granting of the request, i.e., the time between **August 10, 2006 and August 20, 2006,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    **IT IS SO ORDERED.**

    DATED this 21st day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge