IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CR211 - LES/TDT |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OLIVARES, MARIO DELGADO-PAZ, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:00CR237 - JFB/JG3 |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OLIVARES, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's Motions to Consolidate Cases (Filing No. 36 in 8:00CR237 and Filing No. 38 in 8:06CR211), along with the government's response to the motions (Filing No. 38 in 8:00CR237 and Filing No. 39 in 8:06CR211) in which it indicates that it has no objection to a consolidation of the cases, except that the cases be consolidated to the highest case number.  After considering the matter, the court will grant the motions to the extent they are consolidated to the highest number.

IT IS ORDERED that case 8:00CR237 is reassigned to District Judge Lyle E. Strom and to Magistrate Judge Thomas D. Thalken.

DATED this 18th day of August, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge