IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:06CR211
                               )
      v.                       )
                               )
RUBEN OLIVARES,                )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 49). The Court notes defendant has filed a written waiver of speedy trial and that plaintiff has no objection to said continuance. Accordingly,

IT IS ORDERED that defendant's motion to continue is granted; trial is rescheduled for:

**Monday, December 4, 2006, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant's attorney needs additional time to investigate defense issues. Defendant also has a related case (8:00CR237) which has pending a violation of supervised release, and the parties wish to have the matters on the same schedule. Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 11, 2006, and December 4, 2006, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court