IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:06CR211 |
| v. | ) | |
| RUBEN OLIVARES, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that a Rule 11 hearing is rescheduled for:

**Monday, November 13, 2006, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court