IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OLIVARES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court after defendant appeared and advised the Court he no longer wished to enter a plea of guilty and wanted to have new counsel appointed to represent him. The Court conducted a hearing and finds that defendant's counsel should be permitted to withdraw and new counsel appointed. Accordingly,

IT IS ORDERED:

1) Kristina Murphree is granted leave to withdraw as counsel for defendant.

2) The Federal Public Defender shall appoint new counsel to represent defendant.

3) Trial of this matter is scheduled for:

**Monday, January 22, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The Court advised defendant that appointment of new counsel would necessitate a continuance in order to give newly appointed counsel time to prepare for

trial.  Therefore, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between November 13, 2006, and January 22, 2007, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court