IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OLIVARES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After hearing with counsel and with defendant present,

IT IS ORDERED:

1)   The Rule 11 hearing is rescheduled for:

**Tuesday, February 6, 2007, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2)   If defendant elects not to enter a plea at this time, trial of this matter is scheduled for:

**Monday, March 5, 2007, at 9 a.m.**

This schedule will allow counsel to prepare for trial and is the first available trial date on the Court's calendar.  Thus, the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between February 2, 2007, and March 5, 2007, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 2nd day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court