UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR211 |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OLIVARES and, | ) | FINAL ORDER OF |
| MARIO DELGADO-PAZ, | ) | FORFEITURE |
| a/k/a Fernando Ramos-Quiles, a/k/a Wetto, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

      This matter is before the Court upon the United States' Motion for Final Order of Forfeiture and <u>Memorandum</u> Brief (Filing No. 107). The Court has reviewed the record in this case and finds as follows:

      1. On April 16, 2007, the Court entered an Amended Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846, 841 and 853, based upon the defendants' pleas of guilty to Counts I, II, VI, VII and XIII of the Superseding Indictment filed herein. By way of said Amended Preliminary Order of Forfeiture, the defendants' interest in $685.00, $1,100.00, $1,353.00, in United States currency, a 1996 Toyota Corolla, VIN 1NXBB02E3TZ488039, and a 1998 Suzuki Esteem, VIN JS2GB31S4W5147384 was forfeited to the United States.

      2. On April 26, May 3 and May 10, 2007, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity

of their alleged legal interest(s) in said properties.  An Affidavit of Publication was filed herein on June 8, 2007 (Filing No. 106).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the subject properties, i.e., $685.00, $1,100.00, $1,353.00 in United States currency, a 1996 Toyota Corolla, VIN 1NXBB02E3TZ488039, and a 1998 Suzuki Esteem, VIN JS2GB31S4W5147384, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject properties, i.e., $685.00, $1,100.00, $1,353.00 in United States currency, a 1996 Toyota Corolla, VIN 1NXBB02E3TZ488039, and a 1998 Suzuki Esteem, VIN JS2GB31S4W5147384, be, and the same hereby is, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 13th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court